FILED
★ OCT 06 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGITSI REALTY, LLC,

                            Plaintiff,

      -against-

PENN-STAR INSURANCE COMPANY,

                            Defendant.
------------------------------------------------------------X

JUDGMENT
08-CV- 4462 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 30, 2011, adopting in its entirety the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 30, 2011; granting Defendant's motion for summary judgment; and dismissing the action; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted in its entirety; that Defendant's motion for summary judgment is granted; and that the action is dismissed.

Dated: Brooklyn, New York
       October 04, 2011

S/DCP

DOUGLAS C. PALMER
Clerk of Court